803 P.2d 425

**STATE of Arizona, Appellee,**

v.

**Barbara Ann SHEARER, Appellant.**

**No. CR–90–0016–PR.**

Supreme Court of Arizona.

Jan. 17, 1991.

### ORDER

It appearing that *Idaho v. Wright,* —— U.S. ——, 110 S.Ct. 3139, 111 L.Ed.2d 638 (1990), which was decided after the Court of Appeals' decision in this case, would not change the result herein,

IT IS ORDERED vacating this court's order granting review in this case as improvidently granted.

FURTHER ORDERED: Petition for Review—DENIED.

**2**

803 P.2d 425

**Helen BARTNING; Luis E. Bartning and Rique Bartning, Plaintiffs/Appellees/Cross–Appellants,**

v.

**STATE FARM FIRE & CASUALTY, Defendant/Appellant/Cross–Appellee.**

**No. CV 90–0136–PR.**

Supreme Court of Arizona.

Jan. 18, 1991.

### ORDER

ORDERED: Vacating order previously entered granting review as having been improvidently granted.

FURTHER ORDERED: Petition for Review—DENIED.